UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LORENZO DEAN'DRE BURGESS,**

    **Plaintiff,**

-v-

**SOUTHEASTERN OHIO REGIONAL JAIL,** *et al.*,

    **Defendants.**

Case No.: 2:16-CV-903
JUDGE GEORGE C. SMITH
Magistrate Judge Jolson

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File a First Amended Complaint (Doc. 23) and notice to the Court that it is unopposed (Doc. 24). Plaintiff represents that his intent in seeking leave to file the amended complaint is to remove the State of Ohio as a Defendant to this action. For good cause shown, Plaintiff's Motion for Leave to File a First Amended Complaint is **GRANTED**. The Clerk is **DIRECTED** to file Plaintiff's First Amended Complaint, which is attached as Exhibit 1 to the Motion (Doc. 23-1).

In light of the filing of the amended complaint and the removal of the State of Ohio as a Defendant in this action, the State of Ohio's Motion to Dismiss (Doc. 15) is now **MOOT**. Additionally, Plaintiff's Motion for an Extension of Time to respond to the Motion to Dismiss is also **MOOT**. The Clerk of this Court shall remove Documents 15, 23, and 25 from the Court's pending motions list.

    **IT IS SO ORDERED.**

                                            */s/ George C. Smith*
                                            **GEORGE C. SMITH, JUDGE**
                                            **UNITED STATES DISTRICT COURT**