IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **LORENZO BURGESS,**<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHEASTERN OHIO REGIONAL JAIL,** *et al.***,**<br><br>Defendants. | CASE NO.: 2:16-CV-00903<br><br>JUDGE: GEORGE C. SMITH<br><br>MAGISTRATE JUDGE: KIMBERLY A. JOLSON<br><br>MOTION TO DISMISS DEFENDANT LOSEY, WITHOUT PREJUDICE, PURSUANT TO CIV.R. 21 |

Plaintiff Lorenzo Burgess ("Plaintiff"), by and through his undersigned counsel, respectfully requests that this Honorable Court dismiss Defendant Richard Losey, without prejudice, from this action, pursuant to Fed.Civ.R. 21. Plaintiff respectfully requests that all claims in this action continue against all remaining Defendants.

Rule 21 of the Federal Rules of Civil Procedure allows the Court, on its own initiative or by motion, to dismiss one or more parties to a case: "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Here, it would be just to drop Defendant Losey as a party as it does not appear at this time that Defendant Losey would be collectible should a judgment be entered against him, as he is currently in jail and is scheduled to remain there for a significant period of time. Plaintiff respectfully requests that the dismissal be without prejudice as discovery is ongoing in this case. However, in the interests of justice and judicial economy, Plaintiff respectfully requests that Defendant Losey be dismissed, without prejudice, and that the case proceed against all remaining Defendants.

1

/s/ Nate N. Malek
Nate N. Malek (0067380)
LAW OFFICE OF NATE N. MALEK, LLC
29025 Bolingbrook Road
Cleveland, OH 44124
(216) 443-0450
(216) 292-2909 (Fax)
nnmlaw@aol.com
*Attorney for Plaintiffs*

/s/ Fernando O. Mack
Fernando O. Mack (0062937)
323 West Lakeside Ave., Suite 420
Cleveland, Ohio 44113
(216) 556-9610 (Phone)
(216) 575-7664 (Fax)
losmacks@msn.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The foregoing was filed with the Court's electronic filing system on this 6th day of June, 2018 and was distributed via said electronic delivery system to the following:

Mark David Landes, Esq.
Andrew Neil Yosowitz, Esq.
Isaac Wiles Burkholder & Teetor, LLC
2 Miranova, Suite 700
Columbus, Ohio 43215
*Counsel for Defendants Southeastern Ohio Regional Jail,*
*Warden Jeremy Tolson, Jeremy Berwanger, John Bateman*

Elizabeth Ilgen Cooke (0063873)
Ohio State University
Moritz College of Law Clinical Programs
55 W. 12th Ave.
Columbus, Ohio 43210
(614) 292-6821
(614) 292-5511
Cooke.62@osu.edu
*Attorney for Defendant Richard Losey*

And was sent via regular U.S. Mail on the same date to the following:

Robert Woodgeard
26356 State Route 327
Larelville, OH 43135
*Defendant*

    Respectfully submitted,

    /s/ Nate N. Malek
    Nate N. Malek (0067380)
    Fernando O. Mack (0062937)
    *Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **LORENZO BURGESS,** | **CASE NO.: 2:16-CV-00903** |
| Plaintiff, | **JUDGE: GEORGE C. SMITH** |
| | **MAGISTRATE JUDGE: KIMBERLY A. JOLSON** |
| v. | |
| **SOUTHEASTERN OHIO REGIONAL JAIL,** *et al.***,** | **ORDER** |
| Defendants. | |

This matter came before this Court on Plaintiff's Motion to Dismiss Defendant Richard Losey, Without Prejudice.  Upon good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED, that Defendant Richard Losey is hereby dismissed from this action, without prejudice.  This case shall remain active and all other defendants shall remain in the case.  Plaintiff may proceed with all of his claims against these remaining defendants.

IT IS SO ORDERED.

_____                      _____
DATE                                                                UNITED STATES MAGISTRATE JUDGE